| | | |
|---|---|---|
| | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11) Criminal Complaint   Agent: | Wayne Williams | Telephone: (810) 923-9765 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Juan Ramon RAMIREZ-MALDONADO

Case No. 25-30199

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 31, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about March 31, 2025, in the Eastern District of Michigan, Southern Division, Juan Ramon RAMIREZ-MALDONADO, an alien from Honduras, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about August 2, 2023, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

[X] Continued on the attached sheet.

_____
Complainant's signature

Wayne Williams, Border Patrol Agent, DHS
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 2, 2025__

_____
*Judge's signature*

City and state: Detroit, MI

Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Wayne Williams, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating Juan Ramon RAMIREZ-MALDONADO, which reveals the following:

2. Juan Ramon RAMIREZ-MALDONADO is a twenty-eight-year-old male, native and citizen of Honduras, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about July 28, 2023, RAMIREZ-MALDONADO was arrested by United States Border Patrol Agents near Hidalgo, Texas. He was processed as an Expedited Removal.

4. On or about August 2, 2023, RAMIREZ-MALDONADO was removed from the United States to Mexico through Harlingen, Texas.

6. On or about March 31, 2025, RAMIREZ-MALDONADO was arrested by United States Border Patrol Agents near Warren, Michigan. He was processed as a Reinstatement of Prior Deportation Order. During his interview, RAMIREZ-MALDONADO told agents that he illegally entered the United States in May 2024 near El Paso, Texas. He also indicated he is single, and has one Honduran-born child, who resides with the biological mother in Honduras.

7. Juan Ramon RAMIREZ-MALDONADO's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that RAMIREZ-MALDONADO is a citizen of Honduras with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that RAMIREZ-MALDONADO legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

8. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9. Review of the Alien File (A# xxx xxx 212) for Juan Ramon RAMIREZ-MALDONADO and queries in Department of Homeland Security databases confirm no record exists of RAMIREZ-MALDONADO obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on August 2, 2023.

10. Based on the above information, I believe there is probable cause to conclude that Juan Ramon RAMIREZ-MALDONADO, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

Wayne Williams, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Kimberly Altman
United States Magistrate Judge

April 2, 2025