|  | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Agent: | Wayne Williams | Telephone: (810) 923-9765 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America

v.

Juan Ramon RAMIREZ-MALDONADO

Case No.   25-30199

FILED
APR 0 3 2025
CLERK'S OFFICE
DETROIT

I hereby certify that the foregoing is a certified copy of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By: s/Julie Owens
Deputy

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Juan Ramon RAMIREZ-MALDONADO                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

On or about March 31, 2025, in the Eastern District of Michigan, Southern Division, Juan Ramon RAMIREZ-MALDONADO, an alien from Honduras, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about August 2, 2023, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Date:          April 2, 2025

*Issuing officer's signature*

City and state:  Detroit, MI

Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4-2-25 , and the person was arrested on *(date)* 4-3-25
at *(city and state)* Detroit, MI .

Date: 4-3-25

*Arresting officer's signature*

Wayne Williams   USBP
*Printed name and title*

---

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*